NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Connor Lynch (SBN 301538)
connor@lynchllp.com
Sean Lynch (SBN 292508)
sean@lynchllp.com
Lynch LLP
1620 5th Avenue, Suite 650
San Diego, California 92101
(949) 229-3141

ATTORNEY(S) FOR:   Sara Pope

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sara Pope

Plaintiff(s),

v.

The Mill Group Inc.; Kylie Jenner; NBCUniversal Media, LLC; E! Entertainment Television, LLC; Does 1–10

Defendant(s)

CASE NUMBER:  2:17-cv-05481

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Sara Pope___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Mill Group Inc. | Defendant |
| Kylie Jenner, an individual | Defendant |
| NBCUniversal Media, LLC | Defendant |
| E! Entertainment Television, LLC | Defendant |
| Sara Pope, an individual | Plaintiff |

7/25/2017
Date

/s/ Connor Lynch
Signature

Attorney of record for (or name of party appearing in pro per):

Sara Pope